# United States District Court
# District of Massachusetts

JAMES VALERIO, ET AL.,
    Plaintiffs,

V.                            CIVIL ACTION NO. 2007-12359-WGY

MARY JO FEENEY,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On March 19, 2010, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION      \_\_X\_\_ MEDIATION
\_\_\_\_\_ MINI-TRIAL      \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_\_ SETTLEMENT CONFERENCE

The parties and/or their representatives were present.

[X]    The case was NOT SETTLED. Further efforts to settle the case at this time are unlikely to be successful. The plaintiff has been urged to retain an attorney. The jury trial should be held as scheduled for the running trial list as of May 3, 2010.

<u>March 19, 2010</u>                        *Robert B. Collings*
    DATE                                  ROBERT B. COLLINGS
                                            United States Magistrate Judge

Copy to:     Judge Young
                 Yvonne Franklin