# United States District Court
# District of Massachusetts

**JAMES VALERIO, ET AL.,**
       **Plaintiffs,**

       **V.**                           **CIVIL ACTION NO. 2007-12359-WGY**

**MARY JO FEENEY,**
              **Defendant.**


## *AMENDED REPORT RE: REFERENCE FOR*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*


COLLINGS, U.S.M.J.

       On March 19, 2010, I held the following ADR proceeding:

_____   EARLY NEUTRAL EVALUATION   \_\_\_X\_\_\_   MEDIATION

_____   MINI-TRIAL                         _____   SUMMARY JURY TRIAL

_____   SETTLEMENT CONFERENCE


       The parties and/or their representatives were present.

[X ]   The case was NOT SETTLED.  Further efforts to settle the case at this time are unlikely to be
       successful. The defendant has been urged to retain an attorney.  The jury trial should be held
       as scheduled for the running trial list as of May 3, 2010.


       March 19, 2010                           *Robert B. Collings*

              DATE                           ROBERT B. COLLINGS
                                             United States Magistrate Judge


Copy to:       Judge Young
               Yvonne Franklin